24, 1983, appellant waived a trial by jury and entered his plea of nolo contendere. Upon finding appellant guilty, the Court assessed punishment of a fine of $300.00. Appellant is represented by retained counsel.

The transcript was filed in this Court on July 26, 1983. A statement of facts has not been filed and a motion to extend time in which to file a statement of facts has not been filed. Appellant filed a motion on August 24, 1983, to extend time in which to file a brief and the motion was granted wherein time was extended until September 1, 1983, for the filing of such brief. The brief has not yet been filed and no further motions for extension of time have been filed.

There being no statement of facts or brief on file, we have reviewed the transcript and find no fundamental error. The judgment is, therefore, affirmed. *See Snowden v. State,* 410 S.W.2d 641 (Tex.Cr. App.1967); *Lybert v. State,* 419 S.W.2d 863 (Tex.Cr.App.1967).

Affirmed.

OPINION

PER CURIAM.

On the 20th day of June, 1983, a jury found appellant guilty of the offense of assault and the court assessed his punishment at confinement in the County Jail for a period of four months. Appellant is represented by retained counsel.

The transcript was filed in this Court on the 8th day of September, 1983. A statement of facts has not been filed and a motion to extend time in which to file such statement of facts has not been filed. Appellant has not filed a brief and has not filed any motions for the extension of time within which to file a brief.

There being no statement of facts or brief on file, we have reviewed the transcript and find no fundamental error. The judgment is, therefore, affirmed. *See Snowden v. State,* 410 S.W.2d 641 (Tex.Cr. App.1967); *Lybert v. State,* 419 S.W.2d 863 (Tex.Cr.App.1967).

Affirmed.

**Alvin Lemuel WALTERS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 09 83 175 CR.**

Court of Appeals of Texas, Beaumont.

Nov. 9, 1983.

**Julian DOMINGUEZ, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 08–83–00191–CR.**

Court of Appeals of Texas, El Paso.

Nov. 16, 1983.

Thomas Roebuck, Beaumont, for appellant.

John R. DeWitt, Asst. Crim. Dist. Atty., Beaumont, for appellee.